THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN E. SCHULTZ, Appellant.

Reported below, 149 App. Div. 844.
(Argued April 29, 1912; decided May 7, 1912.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 15, 1912, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the crime of usury.

The motion was made upon the grounds that affirmance by the Appellate Division was unanimous and that the exceptions were frivolous.

*James C. Cropsey, District Attorney (Henry Egginton* of counsel), for motion.

*Ernest P. Seelman* opposed.

Motion denied.

---

LOUIS D. SMITH, Appellant, *v.* WILLIAM F. DUGAN et al., Appellants, and GEORGE D. SMITH et al., Respondents.

(Submitted April 29, 1912; decided May 7, 1912.)

Motion to amend remittitur denied, without costs. (See 205 N. Y. 556.)